# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

SIMCHA PLISNER,

                Plaintiff,

v.

CHRISTOPHER E. KOEHN, MICHAEL J. DOWNIE, JASON E. JENNY, and TWIN CITIES ORAL AND MAXILLOFACIAL SURGERY, P.A.,

                Defendant.

Civil No. 14-2222 (JRT/HB)

**ORDER ON REPORT AND RECOMMENDATION**

Simcha Plisner, 681 County Road B2 East, Little Canada, MN 55117, *pro se* plaintiff,

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

    **IT IS HEREBY ORDERED** that:

    1.    The Report and Recommendation is **ADOPTED**; and

    2.    This matter is **DISMISSED WITHOUT PREJUDICE.**

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 17, 2015  
at Minneapolis, Minnesota

                s/John R. Tunheim  
                JOHN R. TUNHEIM  
                United States District Judge